AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| JOSEPH RICHARD WALKER a/k/a "Joe" (FILED AS DETAINER WITH WESTERN VIRGINIA REGIONAL JAIL) | ) ) ) ) ) |
| *Defendant* | |

Case No. 7:24CR00012-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joseph Richard Walker,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21:841(a)(1) & (b)(1)(c) and 846-Conspiracy to distribute & Possess w/intent to dist marijuana
18:2 &18:1951(a)-Conspiracy & Robbery
18:924(c)(1)(A)-Firearm used in crime of violence
18:1951(a)-Conspiracy to interfere with commerce by thrats or violence
18:922(g)(1)-Prohibited person in poss'n of firearm
18:844(i)- Maliciously destroy vehicle by fire

Date: 04/11/2024

_____, Courtroom Deputy
*Issuing officer's signature*

City and state: Roanoke, Virginia

C. Kailani Memmer, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*