# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**GARRETT ISAAC WILLIAMS**<br>a/k/a "Gary" "Taz" "Tez"<br><br>*Defendant* | Case No. 7:24CR00012-2 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Garrett Isaac Williams,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:841(a)(1) & (b)(1)(c) and 846-Conspiracy to distribute & Possess w/intent to dist marijuana
18:2 &18:1951(a)-Conspiracy & Robbery
18:1951(a)-Conspiracy to interfere with commerce by threats or violence

Date: 04/11/2024

*Issuing officer's signature*, Courtroom Deputy

City and state: Roanoke, Virginia

C. Kailani Memmer, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*